# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                        CASE NO.  4:98cr46-RH/WCS

CLAUDE LOUIS DUBOC,

     Defendant.

_____/

## ORDER DENYING MOTIONS FOR TRANSCRIPTS

Defendant Claude Louis Duboc has filed a motion for the provision of a transcript of his sentencing hearing under the Criminal Justice Act.  Because Mr. Duboc already has been granted leave to proceed on appeal in forma pauperis, the motion is unnecessary; he may obtain a transcript of the sentencing hearing by submitting a proper request (on form CJA-24) directly to the court reporter.  By later "notice," Mr. Duboc also has requested a transcript of the jury instructions given during the trial.  The conviction on which Mr. Duboc was sentenced, however, already has been affirmed on appeal, and Mr. Duboc has suggested no respect in which the instructions given during the trial could have any possible

bearing on the pending appeal.[1]  Mr. Duboc's request for a transcript of those instructions will be denied.

For these reasons,

IT IS ORDERED:

Defendant Claude Louis Duboc's motion for a transcript (document 418), as supplemented by his notice (document 420), is DENIED without prejudice to his ability to obtain a transcript of his sentencing hearing by proper request directly to the court reporter.

SO ORDERED this 6th day of July, 2005.

s/Robert L. Hinkle<br>
Chief United States District Judge

---

[1] It is possible that Mr. Duboc seeks a transcript for use in preparing a motion under 28 U.S.C. §2255.  He of course is not entitled as of right to a transcript for use in preparing a §2255 motion, and he has made no showing of need.  Moreover, even if he needed the *instructions* to prepare a §2255 motion, he still would not need a *transcript*; the instructions as given orally to the jury were read from a written version that is included in the record.  The written version was physically provided to the jury for reference during deliberations.

*Case No: 4:98cr46-RH/WCS*